UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23985-BLOOM/Otazo-Reyes

MARTHA EDGERTON,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-DADE COUNTY, *et al.*,

    Defendants.

_____/

**ORDER DISMISSING AMENDED COMPLAINT WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a review of *pro se* Plaintiff Martha Edgerton's Amended Complaint, ECF No. [7], filed on October 23, 2023. On October 20, 2023, the Court dismissed Plaintiff's Complaint without prejudice pursuant to 28 U.S.C. section 1915(e) and closed the case. *See generally* ECF No. [6] ("Order"). If Plaintiff files a new Complaint she should not file in this case, No. 23-cv-23985-BLOOM, which is closed, but should rather open a new case.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint, **ECF No. [7]**, is **DISMISSED without prejudice** for the reasons described in the Court's Order, ECF No. [6]. The case shall remain closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 31, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Case No. 23-23985-cv-BLOOM/Otazo-Reyes

Counsel of Record

**Martha Edgerton**
3010 S.W. 113th Way, Apt. 203
Miramar, FL 33025
PRO SE